UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE LEE OBEN,

    Plaintiff,

v.

                                       Case No. 1:20-cv-1050

                                       HONORABLE PAUL L. MALONEY

UNKNOWN DELACRUZ,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  October 22, 2021                                          /s/  Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge